# MINUTE ENTRY

**JOAN M. AZRACK, USMJ**  
**DOCKET:** 14-CV-03794 (SLT)

**DATE:** September 3, 2014
**CASE:** Ranta et al. v. NYC et al.

☐ TELEPHONE  ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.  ☐ STATUS CONF.  ☐ SETTLEMENT CONF.  ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☒ 15  ☐ 30  ☐ 45  ☐ 60  ☐ Other: ___

FOR PLAINTIFF: Peter Dee

FOR DEFENDANT: Richard Signorelli
Joel Cohen

**Order(s):**

Scarcella has private counsel.

Briefing sch set

Nov 14
Dec 5
Dec 19

☐ Next conference on _____  ☐ Telephone  ☐ In-Person