# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003

Telephone: (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

www.nycLITIGATOR.com℠

November 17, 2014

<u>Via ECF (upon the completion of briefing of the motion to dismiss)</u>

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>Patricia Ranta, et al. V. City of New York, et al.</u>
              14 CV 3794 (SLT)(JMA)

Dear Judge Townes:

      I am the attorney for Louis Scarcella, a defendant in the above-referenced case. As permitted by Your Honor's order dated October 7, 2014, Mr. Scarcella, by and through the undersigned, respectfully joins in the motion to dismiss filed by the defendants, City of New York, the New York City Police Department, and Stephen Chmil (collectively "Municipal Defendants"), including but not limited to the arguments set forth in Points I and II of the main brief filed by the Municipal Defendants. Thank you.

                                        Respectfully,

                                        /s/ Richard E. Signorelli

                                        Richard E. Signorelli

cc (via email on November 17, 2014):

All Counsel of Record