UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

PATRICIA RANTA, ET AL.,

                                Plaintiffs,

                  -against-

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

14 CV 3794 (SLT)(LB)

        **PLEASE TAKE NOTICE** that defendants City of New York, New York City Police Department ("NYPD"), and Stephen Chmil (hereinafter "City defendants") appear herein and that we are the attorneys for said defendants in this action, and demand that a copy of the pleadings and all notices and other papers be served upon defendants at this office.

PLEASE TAKE FURTHER NOTICE that **KARL J. ASHANTI**, Senior Counsel, should be added as a counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for the City defendants.

Dated: New York, New York
       August 7, 2015

                               ZACHARY W. CARTER
                               Corporation Counsel of
                               the City of New York
                               *Attorney for Defendants City, NYPD & Chmil*
                               100 Church Street
                               New York, New York 10007
                               (212) 356-2371
                               (212) 788-9776 (fax)

                               By:  s/ Karl J. Ashanti
                                     Karl J. Ashanti, Esq.

To:    <u>BY ECF</u>
        Peter Caro Dee, Esq.
        Mavronicolas & Dee LLP
        415 Madison Avenue
        18th floor
        New York, NY 10017
        646-770-1256
        Fax: 866-774-9005
        Email: pdee@mavrolaw.com

        Richard Ernest Signorelli, Esq.
        Law Office of Richard E. Signorelli
        799 Broadway
        Suite 539
        New York, NY 10003
        212-254-4218
        Fax: (212) 254-1396
        Email: rsignorelli@nyclitigator.com