# LAW OFFICE OF
# RICHARD E. SIGNORELLI

## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York  10003

Telephone:  (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

www.nycLITIGATOR.com℠

November 4, 2015

<u>Filing Via ECF</u>

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>Patricia Ranta, et al. V. City of New York, et al.</u>
               14 CV 3794 (SLT)(JMA)

Dear Judge Townes:

      I am the attorney for Louis Scarcella, a defendant in the above-referenced case. As permitted by Your Honor's order dated October 7, 2014, Mr. Scarcella, by and through the undersigned, respectfully and fully joins in the supplementary dismissal motion papers filed today by the defendants, City of New York, the New York City Police Department, and Stephen Chmil (collectively "Municipal Defendants") (ECF Document Nos. 18 and 19), including but not limited to the arguments of the Municipal Defendants set forth in support of the dismissal of plaintiffs' denial of access claim.  For the reasons set forth in the main moving papers of the Municipal Defendants (ECF Document No. 11) and the reply papers of the Municipal Defendants (ECF Document No. 13) (all of which were previously joined in by Mr. Scarcella), as well in the dismissal papers filed today by the Municipal Defendants, Mr. Scarcella respectfully requests the dismissal of this case including the denial of access claim which is the only claim remaining against him in this action.  Thank you.

                                Respectfully,

                                /s/ Richard E. Signorelli

                                Richard E. Signorelli

cc (via ECF):

All Counsel of Record