

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 27 2019 ★

BROOKLYN OFFICE



JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

December 19, 2019

**VIA HAND**
Peter Dee, Esq.
Mavronicolas & Dee, LLP
228 E. 45th St., 6th Floor
New York, N.Y. 10017

Re: <u>Patricia Ranta, et. al. v. City of New York, et. al.</u>, 14 Civ. 3794 (FB)(LB)

Dear Mr. Dee:

I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants City of New York, Stephen Chmil and NYPD (a non-suable entity) in the above referenced matter. Please find enclosed herewith the 1) notice of motion to dismiss by the foregoing defendants; 2) Declaration of Mark D. Zuckerman, dated December 19, 2019 and exhibit annexed thereto; 3) Memorandum of Law in support of motion to dismiss.

If questions, please let me know.

Respectfully submitted,

Mark D. Zuckerman
Senior Counsel

cc: Richard Signorelli, Esq. (via hand)(with enclosures)
Hon. Frederic Block (via First Class mail)(without enclosures)
Hon. Lois Bloom (via First Class mail)(without enclosures)

