**LAW OFFICE OF**
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

52 Duane Street, 7th Floor, New York, New York 10007
Telephone: (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396
rsignorelli@nycLITIGATOR.com℠
richardsignorelli@gmail.com
www.nycLITIGATOR.com℠

April 16, 2021

<u>Filing and Service Via ECF</u>
Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Patricia Ranta, et al. v. City of New York, et al.</u>
     14 CV 3794 (FB) (LB)

Dear Judge Bloom:

  We represent Louis Scarcella, a defendant in the above-referenced case. We write to respectfully join in the letter motion to compel discovery filed on behalf of co-defendants City of New York and Stephen Chmil on April 15, 2021 (ECF Doc. No. 86). For the reasons set forth in the motion, we respectfully request that the Court grant the relief sought therein.

                Respectfully submitted,

                /s/ Richard E. Signorelli
                /s/ Bryan Ha

                Richard E. Signorelli
                Bryan Ha

SO ORDERED:

_____
   U.S.M.J