

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

May 31, 2022

**VIA ECF**
The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: <u>Patricia Ranta, et. al. v. City of New York, et. al.</u>, 14 Civ. 3794 (FB)(LB)

Your Honor:

  I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York and Stephen Chmil in the above referenced matter. I write with the consent of all counsel to respectfully request that the court conference presently scheduled for June 9, 2022 at 9:30 a.m. be adjourned. The reason for the request is that I was previously scheduled for in person settlement conferences in <u>Gilliam v. City of New York, et. al.</u>, 21 Civ. 5263 (RA) and <u>Ojeda v. City of New York, et. al.</u>, 21 Civ. 5775 (RA) in the S.D.N.Y. before Magistrate Judge Willis the same day at 10:30 a.m. The parties herein have conferred and are available the mornings of 6/6, 6/7 and 6/10 the same week as the scheduled conference.

  This is the first such request.

  Thank you for your consideration herein.

             Respectfully submitted,

             /s/ Mark D. Zuckerman
             Mark D. Zuckerman
             Senior Counsel

cc: All Counsel (via ECF)