PETER C. DEE, ESQ.<br>
175 Pearl Street, Floor 1<br>
Brooklyn, NY 11201<br>
(917) 734-7023<br>
deepeterc@gmail.com

March 3, 2023

**VIA ECF**
The Honorable Frederic Block
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Patricia Ranta, et al. v. City of New York, et al.*, 14 Civ. 3794 (FB)(LB)

Your Honor:

      I am counsel for Plaintiffs Patricia, Nicholas and Priscilla Ranta in the above-referenced matter and write in reference to the Court's Scheduling Order of November 22, 2022. The parties have agreed to modify the briefing schedule for Defendants City of New York, Chmil and Scarcella's motions for summary judgment and their motions to preclude Kristin Kucsma's expert opinion, as follows: Plaintiffs' opposition papers shall be served by March 10, 2023; and Defendants' reply papers shall be served by March 24, 2023.

      We thank the Court for its courtesy and attention.

                                    Respectfully submitted,
                                    */s/ Peter Dee*
                                    Peter Dee, Esq.
                                    Susan Lee, Esq.

cc:      All Counsel (via ECF)